1018

*sky* for the United States.

No. 434, Misc. ABRAMS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Curtis P. Mitchell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 435, Misc. TOURVILLE *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 451, Misc. ZACHARY *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 455, Misc. BRADLEY *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 462, Misc. JOHNS *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 472, Misc. HUNTER *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 486, Misc. WHEELER *v.* TERRELL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *A. Lillian C. Kennedy* and *Eugene A. Chase* for petitioner.